IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUANITA ALLEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO. 05-CV-706-WDS |
| | ) |
| PFIZER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment by random draw.

**IT IS SO ORDERED.**

DATED: October 11, 20005.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Case No. 05-CV-706-GPM.