IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUANITA ALLEN, EDDEAN BLACKWOOD, ROSIE BENSON, CHARLES JORDAN, ERTERS MAXIE, DARLA PENNINGTON, As Next of Kin of Earl Ray Ayres, and HSIAO-HUA GORMAN, As Next of Kin of Larry James Gorman, <br><br> Plaintiffs, <br><br> vs. <br><br> PFIZER, INC., MONSANTO COMPANY, PHARMACIA CORPORATION, and G.D. SEARLE, L.L.C., <br><br> Defendants. | CIVIL NO. 05-706-GPM |

## **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

On December 1, 2005, this Court ordered Plaintiffs to file an Amendment to the Complaint on or before December 12th to cure certain deficiencies in their jurisdictional allegations to enable this Court to determine whether it has subject matter jurisdiction. *See, e.g., Hammes v. AAMCO Transmissions, Inc.*, 33 F.3d 774, 778 (7th Cir. 1994) ("the court has an independent duty to satisfy itself that it has subject-matter jurisdiction"). Plaintiffs failed to do so. Accordingly, this action is **DISMISSED** for lack of subject matter jurisdiction. *See Guaranty Nat'l Title Co. v. J.E.G. Assocs.*, 101 F.3d 57, 59 (7th Cir. 1996) (remanding case because "[l]itigants who call on the resources of a federal court must establish that the tribunal has jurisdiction, and when after multiple opportunities they do not demonstrate that jurisdiction is present, the appropriate response is clear"); *see also*

*Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003) ("Once again litigants' insouciance toward the requirements of federal jurisdiction has caused a waste of time and money.").

**IT IS SO ORDERED.**

DATED: 12/19/05

                                                      s/ G. Patrick Murphy
                                                     G. PATRICK MURPHY
                                                     Chief United States District Judge